UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MISSY DAVIS,
    Plaintiff,
  v.
NANCY A. BERRYHILL, Acting Commissioner of Social Security,
    Defendant.

NO. CV 17-5834-KS

JUDGMENT

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: October 24, 2018

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE